■ LINDA BOVA et al., Respondents, v FRANCIS GRIECO et al., Defendants, and ANTHONY L. DI MANGO, Appellant.—In a

dental malpractice action to recover damages for personal injuries, defendant Di Mango appeals from an order of the Supreme Court, Kings County (Krausman, J.), dated January 2, 1985, which denied his motion for summary judgment dismissing the complaint as against him.

Order affirmed, with costs (see, Winegrad v New York Univ. Med. Center, 64 NY2d 851). Lazer, J. P., Rubin, Kunzeman and Kooper, JJ., concur.